FILED
U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2021 JUN 11  AM 10: 26

CLERK'S OFFICE
AT GREENBELT

BY_____ DEPUTY

# UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND
## (SOUTHERN DIVISION)

| | |
|---|---|
| **Analleli Rosas Aguilar** | |
| **Plaintiff,** | |
| v. | Civil Action No.: 8:20-cv-00267-GLS |
| **Hot Subs, Inc.,** *et al.* | |
| **Defendants.** | |

## ORDER GRANTING JOINT MOTION
## FOR JUDICIAL APPROVAL OF SETTLEMENT

WHEREAS, the Parties have reached a settlement to resolve their differences with respect to all allegations and claims that have been raised in this matter pursuant to the terms and conditions contained in the Settlement Agreement attached as Exhibit A to the Joint Motion for Judicial Approval of the Settlement Agreement. Having reviewed the Joint Motion for Judicial Approval of Settlement Agreement (the "Motion"), and the attached Settlement Agreement, it is hereby **ORDERED** this 10th day of June_____, 2021, that:

1. The Settlement Agreement is a fair and reasonable resolution of a *bona fide* dispute over the application of the Fair Labor Standards Act, and the Maryland Wage and Hour Law;

2. The Court APPROVES the terms of the Settlement, as memorialized in Exhibit A to the Motion and the Motion is GRANTED;

3. Plaintiff Analleli Aguilar shall file a stipulation dismissing the complaint with prejudice within five (5) business days following receipt of the total settlement payment due under the Settlement Agreement; and

1

4. This Court and the undersigned Judge hereby retain jurisdiction over the enforcement of, and over any dispute arising under the Settlement; and

5. This Court and the undersigned Judge further retain jurisdiction over the entry of judgment against the Defendants in accordance with the terms of the Settlement.

_____
~~Magistrate~~ Judge ~~Gina L. Simms~~ George Hazel
U.S. DISTRICT COURT, DISTRICT OF MARYLAND